# United States District Court
## Northern District of Indiana

| | | |
|---|---|---|
| KELLY BOLENBAUGH, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06 CV 322 JVB |
| | ) | |
| NATIONAL CASH REGISTER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Magistrate Judge Roger B. Cosbey's Report and Recommendation to deny Defendant National Cash Register Company's motion to enforce settlement (DE 94) . Neither party has filed objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Report and Recommendation (DE 105) and **DENIES** Defendant NCR's motion.

SO ORDERED on April 9, 2010.


s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge
Hammond Division